**GUTRIDE SAFIER LLP**
SETH A. SAFIER (State Bar No. 197427)
MARIE A. MCCRARY (State Bar No. 262670)
HAYLEY REYNOLDS (State Bar No. 306427)
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

KALI R. BACKER (admitted *pro hac vice*)
4450 Arapahoe Ave., Suite 100
Boulder, CO 80303
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| LISA CHONG AND ZACK SCHWARTZ, as individuals, on behalf of themselves, the general public and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KIND LLC,<br><br>Defendant. | Case No.: 3:21-CV-04528-RGS<br><br>**ADMINISTRATIVE MOTION TO CONDUCT THE NOVEMBER 18. 2021 HEARING IN PERSON (CIVIL LOCAL RULE 7-11)**<br><br>HONORABLE RICHARD SEEBORG |
|---|---|

1      The COVID-19 pandemic has made virtual hearings the primary means of resolving most types of disputes arising in the course of civil litigation. However, as this Court acknowledges, some hearings are better-suited to take place in person. *See* Court's Notice Re: Appearances and Continued Use of Zoom. The hearing on Defendant KIND LLC's ("KIND") Motion to Dismiss is one of those hearings. Plaintiffs request that the hearing scheduled for November 18, 2021 take place in person pursuant to Local Rule 7-11.

      The issue on KIND's Motion to Dismiss is whether federal law preempts and bars Plaintiffs' claims from proceeding in court. Although Plaintiffs vehemently dispute that their claims impose requirements that are different from or in addition to FDA requirements, the issue stands to have serious ramifications in this case as well as other cases pending in the Northern District of California. The Court recognized this reality in *Minor v. Baker Mills, Inc., et al.*, No. 3:20-CV-02901-RS when it vacated the hearing on Plaintiff's Motion for Class Certification "pending disposition of the motion to dismiss in *Chong, et al v. KIND LLC*, 3:21-cv-04528-RS." *Minor*, ECF No. 100. KIND, too, has highlighted two other cases in this district that the Court's ruling stands to impact, including: *Brown, et al. v. The J.M. Smucker Co.*, No. 3:21-cv-6467-JCS (N.D. Cal.) and *Brown, et al. v. Nature's Path Foods, Inc.*, No. 4:21-cv-5132-HSG (N.D. Cal.). *See* ECF No. 20 at p. 9.

      Given the importance of the hearing and the issues at stake, Plaintiffs request that the hearing occur in-person, as opposed to Zoom. Prior to filing this motion, counsel for Plaintiffs contacted counsel for KIND, Dale Giarli, Daniel Queen and Keri Borders, to determine whether they would agree to conduct the hearing in person. Counsel for KIND stated that they opposed the motion.

Dated: November 8, 2021

**GUTRIDE SAFIER LLP**

*/s/ Seth Safier*
Seth A. Safier, Esq.
Marie McCrary, Esq.
Hayley Reynolds, Esq.
100 Pine Street, Suite 1250
San Francisco, CA 94111

Kali R. Backer, Esq.
4450 Arapahoe Ave., Suite 100
Boulder, CO 80303