UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA CHONG AND ZACK SCHWARTZ, as individuals, on behalf of themselves, the general public and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KIND LLC,<br><br>Defendant. | Case No.: 3:21-CV-04528-RGS<br><br>**ORDER DENYING RE: ADMINISTRATIVE MOTION TO CONDUCT THE NOVEMBER 18. 2021 HEARING IN PERSON**<br><br><br>HONORABLE RICHARD SEEBORG |



DENIED
Judge Richard Seeborg
Date: 11/9/2021

Before the Court is Plaintiffs' administrative motion to conduct the hearing set for November 18, 2021 in person, the Court GRANTS Plaintiffs' motion. The hearing scheduled for November 18, 2021 at 1:30 pm PST will take in in person at the United States San Francisco Courthouse, 450 Golden Gate Ave., San Francisco CA 94102, Courtroom 3—17th Floor.

IT IS SO ORDERED.

Dated: _____, 2021      By:_____
                                      The Honorable Richard Seeborg
                                      United States District Court Judge