United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LISA CHONG, et al.,

    Plaintiffs,

v.

KIND LLC,

    Defendant.

Case No. 21-cv-04528-RS

**JUDGMENT**

Pursuant to the order granting defendant's motion to dismiss filed this date, judgment is hereby entered in favor of defendant and against plaintiffs.

**IT IS SO ORDERED**.

Dated: February 15, 2022

_____
RICHARD SEEBORG
Chief United States District Judge