```
                                                              FILED
        UNITED STATES COURT OF APPEALS
                                                              DEC 14 2022
             FOR THE NINTH CIRCUIT
                                                          MOLLY C. DWYER, CLERK
                                                           U.S. COURT OF APPEALS
```

| | |
|---|---|
| LISA CHONG; ZACK SCHWARTZ, | No. 22-15368 |
| Plaintiffs-Appellants, | D.C. No. 3:21-cv-04528-RS<br>Northern District of California, |
| v. | San Francisco |
| KIND LLC, | ORDER |
| Defendant-Appellee. | |

Before: TASHIMA, S.R. THOMAS, and CLIFTON, Circuit Judges.

Appellants' motion for voluntary dismissal of this appeal (Docket Entry No. 16) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

Each party shall bear their own costs on appeal.

AC/MOATT